In the Matter of EVELYN DOYLE, Respondent, against NATURAL ART EMBROIDERY COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — injury to finger from infection following pin prick.*

*Matter of Doyle* v. *Natural Art Embroidery Co.*, 219 App. Div. 754, affirmed.

(Submitted October 4, 1927; decided October 18, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 2, 1927, unanimously affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimant, while engaged in her occupation of hand finisher in the embroidery business conducted by defendant, employer, stuck herself with a pin. Infection developed causing permanent injury to her right middle finger.

*William H. Foster* for appellant.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.